1  GOLDSMITH & HULL, A P.C. File # 10101249
   William I. Goldsmith    SBN 82183
2  Jack D. Hull            SBN 91879
   Michael L. Goldsmith    SBN 291700
3  16933 Parthenia Street, Suite 110
   Northridge, CA 91343
4  Telephone: (818) 990-6600
   Facsimile: (818) 990-6140
5  **govdept1@goldsmithcalaw.com**

6  Attorneys for Plaintiff

7

8              UNITED STATES DISTRICT COURT
9              CENTRAL DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  UNITED STATES OF AMERICA, | CASE NO: 15-7582 |
| 12           Plaintiff, | |
| 13  v. | COMPLAINT ON PROMISSORY NOTE (S) |
| 14  ROBERT BIANCHI aka ROBERT M. BIANCHI aka ROBERT BLANCA, | |
| 15           Defendant. | |

17     For its claim, Plaintiff, acting on behalf of the DEPARTMENT OF
18  EDUCATION alleges as follow:
19     1. This court has jurisdiction under title 28 U.S.C. Section 1345 and Title 20
20  U.S.C. Section 1080, and the Defendant resides in the County of LOS ANGELES.
21     2. In consideration of student loans guaranteed by Plaintiff, Defendant executed
22  promissory note(s), copies of which are attached hereto as Exhibit(s) "1" on the date(s)
23  set forth on said note(s).
24     3. Said note(s) and all rights to the obligations undertaken therein were
25  thereafter assigned to Plaintiff.
26     4. Defendant has defaulted in the payment of the obligations due under the said
27  note(s) according the their terms.
28     5. Defendant owes to Plaintiff after applying all payments and proper credits the

amounts hereinafter prayed for.

WHEREFORE, Plaintiff prays for judgment against Defendant as follow:

1. As to Plaintiff First Claim:

The principal amount of $5,548.17, plus interest accrued from the default to APRIL 25, 2001, in the sum of $2,636.65 with further interest at 8% per annum accruing at $1.22 per day until entry of judgment; with interest thereafter at the legal rate plus penalties/administrative charges of $0.00.

2. And upon all claims;

A. For cost incurred.

B. For a surcharge of ten percent of the amount of the debt owed pursuant to 28 U.S.C. Section 3011, or attorneys fees.

C. For such other and further relief as to the Court seems just.

DATED: 9/28/15

GOLDSMITH & HULL, A P.C.

Michael L. Goldsmith
Attorneys for Plaintiff