GOLDSMITH & HULL, A P.C. File # 593261
William I. Goldsmith    SBN 82183
Jack D. Hull           SBN 91879
Michael L. Goldsmith   SBN 291700
16933 Parthenia Street, Suite 110
Northridge, CA 91343
Telephone:  (818) 990-6600
Facsimile:  (818) 990-6140
**govdept1@goldsmithcalaw.com**

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>TAMLA D. CARTER aka TAMLA CARTER,<br><br>   Defendant. | CASE NO: 15-7583<br><br>COMPLAINT ON PROMISSORY NOTE (S) |

For its claim, Plaintiff, acting on behalf of the DEPARTMENT OF EDUCATION alleges as follow:

1. This court has jurisdiction under title 28 U.S.C. Section 1345 and Title 20 U.S.C. Section 1080, and the Defendant resides in the County of LOS ANGELES.

2. In consideration of student loans guaranteed by Plaintiff, Defendant executed promissory note(s), copies of which are attached hereto as Exhibit(s) "1" on the date(s) set forth on said note(s).

3. Said note(s) and all rights to the obligations undertaken therein were thereafter assigned to Plaintiff.

4. Defendant has defaulted in the payment of the obligations due under the said note(s) according the their terms.

5. Defendant owes to Plaintiff after applying all payments and proper credits the

1  amounts hereinafter prayed for.
2       WHEREFORE, Plaintiff prays for judgment against Defendant as follow:
3       1. As to Plaintiff First Claim:
4       The principal amount of $2,514.17, plus interest accrued from the default to
5  NOVEMBER 9,1998, in the sum of $1,678.83 with further interest at 8% per annum
6  accruing at $0.55 per day until entry of judgment; with interest thereafter at the legal
7  rate plus penalties/administrative charges of $0.00.
8       2. And upon all claims;
9       A. For cost incurred.
10      B. For a surcharge of ten percent of the amount of the debt owed pursuant to 28
11         U.S.C. Section 3011, or attorneys fees.
12      C. For such other and further relief as to the Court seems just.

14  DATED: 9/28/15                                GOLDSMITH & HULL, A P.C.

16                                                _____
                                                  Michael L. Goldsmith
                                                  Attorneys for Plaintiff